*State, Respondent, v. Vermillion, Petitioner,* No. 74234-1. Petition for review of a decision of the Court of Appeals, No. 47308-5-I, April 21, 2003, 116 Wn. App. 1042. *Denied* February 4, 2004.

*Lakes, Individually and as Guardian, et al., Petitioners, v. von der Mehden, et al., Respondents,* No. 74235-9. Petition for review of a decision of the Court of Appeals, No. 21342-1-III, June 5, 2003, 117 Wn. App. 212. *Denied* February 4, 2004.

*State, Respondent, v. Webb, Petitioner,* No. 74237-5. Petition for review of a decision of the Court of Appeals, Nos. 26816-7-II, 27856-1-II, October 18, 2002, 114 Wn. App. 1002. *Denied* February 4, 2004.

*State, Respondent, v. Preston, Petitioner,* No. 74244-8. Petition for review of a decision of the Court of Appeals, No. 28365-4-II, June 10, 2003, 117 Wn. App. 1022. *Denied* February 4, 2004.

*State, Respondent, v. Penfield, Petitioner,* No. 74251-1. Petition for review of a decision of the Court of Appeals, No. 20608-4-III, April 29, 2003, 116 Wn. App. 1051. *Denied* February 4, 2004.

*State, Respondent, v. Kivett, Petitioner. In re Pers. Restraint of Kivett,* No. 74252-9. Petition for review of a decision of the Court of Appeals, Nos. 21096-1-III, 21809-1-III, April 8, 2003, 116 Wn. App. 1035. *Denied* February 4, 2004.

*City of Bremerton, Respondent, v. Sesko, et al., Petitioners,* No. 74254-5. Petition for review of a decision of the Court of Appeals, No. 28163-5-II, April 29, 2003, 116 Wn. App. 1054. *Denied* February 4, 2004.